CRISTINA C. ARGUEDAS (SBN 87787)
TED W. CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000

Attorneys for Defendant
Mary Nolan

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-662 CRB |
| Plaintiff, | STIPULATION AND [PROPOSED] TO MODIFY CONDITIONS OF RELEASE |
| vs. | |
| Mary Nolan, | |
| Defendant. | |

It is hereby stipulated by and between the parties of record through their respective counsel that the conditions of release shall be modified to permit defendant Nolan to travel to the Eastern District of California with prior notice to and approval of Pretrial Services. This modification is necessary to permit Ms. Nolan timely to pursue employment matters. Pretrial Services Officer Nelson Barao has no objection to this modification.

//

// cc: Copy to parties via ECF, Pretrial Services

1

Dated: February 19, 2013

                /s/
TED W. CASSMAN,
Arguedas, Cassman & Headley, LLP

Dated: February 19, 2013

                /s/
Hartley West,
Assistant U.S. Attorney

## ORDER

Pursuant to the parties' stipulation and good cause appearing, it so ORDERED.

Dated: February 21, 2013

Donna M. Ryu,
U.S. District Court Magistrate-Judge