CRISTINA C. ARGUEDAS (SBN 87787)
TED W. CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000

Attorneys for Defendant
Mary Nolan

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-662 CRB |
| Plaintiff, | STIPULATION AND [PROPOSED] TO MODIFY CONDITIONS OF RELEASE FOR TRAVEL OUTSIDE THE DISTRICT |
| vs. | |
| Mary Nolan, | |
| Defendant. | |
| _____/ | |

It is hereby stipulated by and between the parties of record through their

respective counsel that the conditions of release shall be modified to permit defendant

Nolan to travel to Oregon from July 1, 2013, through July 5, 2013. Travel will be by

plane, and Ms. Nolan will attend to real estate matters. Pretrial Services Officer Carol

Mendoza has no objection to this modification but will require that Ms. Nolan provide an

itinerary and phone contact information in advance of the trip.

//

//

1

Dated: June 21, 2013

                                              /s/
                                  TED W. CASSMAN,
                                  Arguedas, Cassman & Headley, LLP

Dated: June 21, 2013

                                              /s/
                                  Hartley West,
                                  Assistant U.S. Attorney

                              **ORDER**

        Pursuant to the parties' stipulation and good cause appearing, it so

ORDERED.

Dated: June 25, 2013


                                  Donna M. Ryu,
                                  U.S. District Court Magistrate-Judge